THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARY P. PARNOW
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: mary.parnow@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN AMEZQUITA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant.<br>_____ | No. CV 08-03163 RZ<br><br>JUDGMENT OF REMAND |

      The Court approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrently with the lodging of the within Judgment of Remand, and therefore

      **IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner of Social Security is reversed, and the matter is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.  This Judgment is entered pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: December 2, 2008

                                              _____
                                              RALPH ZAREFSKY
                                              UNITED STATES MAGISTRATE JUDGE